Case 4:25-cv-01217-SDJ   Document 1-2   Filed 11/06/25   Page 1 of 5 PageID #: 8

Filed: 10/17/2025 11:47 AM
Cheryl Fulcher
District Clerk
Hopkins County, Texas
Rebecca Halter

CV45946

CAUSE NO. **CV45946**

| | |
|---|---|
| THE STATE OF TEXAS: | ATTORNEY FOR PLAINTIFF |
| CHERYL FULCHER – DISTRICT CLERK<br>282 ROSEMONT STREET, SUITE 2<br>SULPHUR SPRINGS, TX 75482 | BENJAMIN DOYLE<br>PO BOX 3280<br>AMARILLO, TX 79116 |

# CITATION FOR PERSONAL SERVICE

| | |
|---|---|
| TO: **ACCELERANT SPECIALTY INSURANCE COMPANY** | REGISTERED AGENT:<br>CT CORPORATION SYSTEM<br>1999 BRYAN ST., SUITE 900<br>DALLAS, TX 75201-4284 |

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV45946**

| | | |
|---|---|---|
| KARMA HOSPITALITY, LLC | vs | ACCELERANT SPECIALTY INSURANCE COMPANY |

Filed in said Court on the 2nd day of October, 2025.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 3rd day of October A.D., 2025.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

Rebecca Halter, Deputy

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at _10_ o'clock _A_.M., on the _8th_ day of _October_, _2025_. Executed at _1999 Bryan St, Ste 900_ in _Dallas_ County at _9:30_ o'clock _A_.M. on the _10th_ day of _October_, _2025_, by delivering to the within named _CT Corp /W Miller_, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $ _95.00_

_____, Sheriff/Const
_____ County, Texas
By: _____
Sheriff/Constable/Deputy/PPS

**EXHIBIT 1**

**FedEx**

October 15, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885010454805

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Shipping/Receiving |
| Signed for by: | W.Miller | Delivery Location: | |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday | | DALLAS, TX, |
| | | Delivery date: | Oct 10, 2025 09:24 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 885010454805 | Ship Date: | Oct 8, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                        Shipper:

DALLAS, TX, US,                          AMARILLO, TX, US,

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Barbara Hook on behalf of Benjamin Doyle
Bar No. 24080865
bhook@sjblawfirm.com
Envelope ID: 106978613
Filing Code Description: No Fee Documents
Filing Description: Return of Service
Status as of 10/17/2025 11:53 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Benjamin Doyle | 24080865 | bdoyle@sjblawfirm.com | 10/17/2025 11:47:04 AM | SENT |
| Barbara Hook | | bhook@sjblawfirm.com | 10/17/2025 11:47:04 AM | SENT |

CAUSE NO. **CV45946**

| THE STATE OF TEXAS: | ATTORNEY FOR PLAINTIFF |
|---|---|
| CHERYL FULCHER – DISTRICT CLERK<br>282 ROSEMONT STREET, SUITE 2<br>SULPHUR SPRINGS, TX 75482 | BENJAMIN DOYLE<br>PO BOX 3280<br>AMARILLO, TX 79116 |

# CITATION FOR PERSONAL SERVICE

TO: **ACCELERANT SPECIALTY INSURANCE COMPANY**

Accelerant Specialty Insurance Company
400 Northridge Road, Suite 800
Sandy Springs, GA 30350-3354

**DEFENDANT:**
You are hereby commanded to appear before the **62ND JUDICIAL DISTRICT** Court of Hopkins County, Texas, to be held at the Courthouse of said County in the City of Sulphur Springs, Hopkins County, Texas, by filing a written answer to the petition of plaintiff's on or before 10:00 A.M. of the Monday next after the expiration of 20 days after the date of service hereof a copy of which accompanies this citation, in Cause No. **CV45946**

| KARMA HOSPITALITY, LLC | vs | ACCELERANT SPECIALTY INSURANCE COMPANY |
|---|---|---|

Filed in said Court on the 2nd day of October, 2025.

**NOTICE TO DEFENDANT**: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

WITNESS, CHERYL FULCHER, DISTRICT CLERK OF THE DISTRICT COURT OF HOPKINS COUNTY, TEXAS.

Issued and given under my hand and seal of said Court at office, this the 3rd day of October A.D., 2025.

CHERYL FULCHER – DISTRICT CLERK
HOPKINS COUNTY, TEXAS

Rebecca Hayes, Deputy

---

**OFFICER/AUTHORIZED PERSON RETURN**

Came to hand at 10 o'clock A.M., on the 23rd day of October, 2025. Executed at 400 Northridge Rd Ste 800 in _____ County at 8:40 o'clock A.M. on the 24th day of October, 2025, by delivering to the within named Accelerant Specialty Ins Co, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

TOTAL SERVICE FEE $95

_____, Sheriff/Const
County, Texas
By: _____ Sheriff/Constable/Deputy/PPS

SCH02841 / 07-3/27

**FedEx**

October 27, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 885398739821

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | G.Hertzing | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday | | SANDY SPRINGS, GA, |
| | | **Delivery date:** | Oct 24, 2025 08:40 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 885398739821 | **Ship Date:** | Oct 22, 2025 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| ATLANTA, GA, US, | | AMARILLO, TX, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

Thank you for choosing FedEx